**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-7375**

———

KELVIN J. MILES,

                              Petitioner - Appellant,

        versus

LLOYD WATERS, Warden, Maryland Correctional
Institution,

                              Respondent - Appellee.

———

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge.
(CA-02-2923-S)

———

Submitted:  October 18, 2002          Decided:  November 8, 2002

———

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Kelvin J. Miles, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin J. Miles seeks to appeal the district court's order dismissing as successive his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude that Miles has not made a substantial showing of the denial of a constitutional right. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. See 28 U.S.C. § 2253(c)(1)(B) (2000); Slack, 529 U.S. at 484. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2